UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PERFORMANCE ATHLETIC CLUB, LLC, et al., <br><br> Petitioners, <br><br> v. <br><br> STEVE SISOLAK, et al., <br><br> Respondents. | Case No. 3:20-cv-00308-LRH-WGC <br><br> MINUTE ORDER <br><br> October 7, 2020 |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):         NONE APPEARING

COUNSEL FOR DEFENDANT(S):         NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

     Before the court is Plaintiffs' Stipulation to Extend Stay (ECF No. 10) which was filed subsequent to the Court's Minute Order of August 3, 2020 (ECF No. 9).  In the stipulation, the parties request an additional extension of the stay of 60 days, up to and including December 3, 2020, and that the court grant the parties leave to request a lift from the stay prior to the expiration of the stay if necessary. The Court has reviewed the report, and GOOD CAUSE APPEARING,

     IT IS HEREBY ORDERED *nunc pro tunc* that the request for an additional 60 days of stay is **GRANTED** and the parties are also **GRANTED** leave to lift the stay before the December 3, 2020 date should it be necessary.

     IT IS SO ORDERED.

                                      DEBRA K. KEMPI, CLERK

                                      By:         /s/

                                                     Deputy Clerk