# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PERFORMANCE ATHLETIC CLUB, LLC, a Nevada limited liability company; HMIC, LLC, d/b/a EMPOWER FITNESS, a Nevada limited liability company<br><br>Petitioners,<br><br>vs.<br><br>STEVE SISOLAK, Governor of the State of Nevada; DOES I-X, Inclusive.<br><br>Respondent. | Case No. 3:20-cv-00308-LRH-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Petitioners Performance Athletic Club, LLC and HMIC, LLC d/b/a EMPOWER FITNESS, and Respondent Steve Sisolak, Governor of Nevada, by and through their respective counsel, stipulate and agree to dismiss without prejudice the above-captioned matter and that each party will bear their own attorneys' fees and costs.

DATED this 23rd day of June, 2021.

| | |
|---|---|
| AARON D. FORD<br>Attorney General | ROBISON, SHARP, SULLIVAN & BRUST |
| By: /s/ *Sabrena K. Clinton*<br>Craig A. Newby (Bar No. 8591)<br>Deputy Solicitor General<br>Sabrena K. Clinton (Bar No. 6499)<br>Deputy Attorney General<br>*Attorneys for Respondent* | By: /s/ Clayton P. Brust<br>Kent R. Robison (Bar No. 1167)<br>Clayton P. Brust (Bar No. 5234)<br>*Attorneys for Plaintiffs* |

# ORDER

**IT IS SO ORDERED.**

DATED this 29th day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE